UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

       - against -

RUSSELL TAMBIEV, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

03 CV 177 (RJD) (CLP)

DEARIE, District Judge.

In February 2004, a default judgment was entered against defendants. The Court referred the matter to Magistrate Judge Cheryl L. Pollak for a Report and Recommendation on damages. Magistrate Judge Pollack issued her Report and Recommendation on March 28, 2006, and no objections have been filed.

The Court adopts Magistrate Judge Pollack's Recommendation in all respects without qualification that a permanent injunction be enter against both defendants and that each defendant be assessed $240,000 in civil penalties.

SO ORDERED.

    Dated:  Brooklyn, New York
             May 3, 2006

                                              s/ Judge Raymond J. Dearie
                                              RAYMOND J. DEARIE
                                              United States District Judge